IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.

LAVERN WALLACE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-743-jdp

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Lavern Wallace dismissing this case.

Approved as to form this **3RD** day of October, 2018.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer, Clerk of Court   *deputy clerk*

10-3-2018
Date